No. 3963.—ARROYO, aplte., v. CUEBAS PADILLA, apldo.—C. D. San Juan. Daños y perjuicios. Jul. 30, 1926. Apareciendo de los autos que la apelación se interpuso el 19 de mayo de 1926, sin que a la fecha de la moción y de su notificación a la parte contraria—julio 1, 1926—se hubiera archivado la transcripción de las autos en este tribunal, sin que estuviera pendiente de tramitación en la corte sentenciadora exposición del caso, pliego de excepciones o transcripción de evidencia algunos, ni se hubiera solicitado prórroga de este tribunal, habiendo vencido con exceso el término de treinta días fijado por la ley, *se declara* con lugar la moción y en su consecuencia se desestima. el recurso.

No. 3965.—DR. FRANK O. RIVERA, apldo., v. LANGE, aplte. No. 3966.—CABÁN, apldo., v. LANGE, aplte.—No. 3967.—SANTOS, apldo., v. LANGE, aplte.—No. 3968.—MORA, aplda., v. LANGE, aplte.—C. D. Mayagüez. Cobro de honorarios. Jul. 30, 1926. Apareciendo que la sentencia recurrida se dictó con el consentimiento de la parte apelante; de acuerdo con la jurisprudencia establecida en los casos de *Sanders Philippi, S. en C.,* v. *Viuda de Baigés e Hijos,* 32 D.P.R. 855 y *Carrión* v. *Nadal,* 34 D.P.R. 305, se declara con lugar la moción y en su consecuencia se desestima el recurso.